**IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Triumph Designs, Ltd., <br><br> Plaintiff, <br><br> v. <br><br> 5045368 Store, et al., <br><br> Defendants. | Case No. 21-cv-03996 <br><br> **Judge Thomas M. Durkin** <br><br> **Magistrate Judge Sheila M. Finnegan** |

**PRELIMINARY INJUNCTION ORDER**

Plaintiff, Triumph Designs, Ltd. ("Triumph") filed a Motion for Entry of a Preliminary Injunction against the against the fully interactive, e-commerce stores[1] operating under the seller aliases identified in Schedule A to the Complaint and attached hereto (collectively, "Defendants") and using at least the domain names identified in Schedule A (the "Defendant Domain Names") and the online marketplace accounts identified in Schedule A (the "Online Marketplaces"). After reviewing the Motion and the accompanying record, this Court GRANTS Triumph's Motion in part as follows.

This Court finds Triumph has provided notice to Defendants in accordance with the Temporary Restraining Order entered August 2, 2021, [18] ("TRO"), and Federal Rule of Civil Procedure 65(a)(1).

This Court also finds, in the absence of adversarial presentation, that it has personal jurisdiction over Defendants because Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Triumph has provided a basis

---

[1] The e-commerce store urls are listed on Schedule A hereto under the Online Marketplaces.

to conclude that Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more seller aliases, offer shipping to the United States, including Illinois, and have sold products using infringing and counterfeit versions of Triumph's federally registered trademarks (the "Triumph Trademarks") to residents of Illinois. [In this case, Triumph has presented screenshot evidence that each Defendant e-commerce store is reaching out to do business with Illinois residents by operating one or more commercial, interactive internet stores through which Illinois residents can and do purchase products using counterfeit versions of the Triumph Trademarks. *See* Docket No.[14], which includes screenshot evidence confirming that each Defendant e-commerce store does stand ready, willing and able to ship its counterfeit goods to customers in Illinois bearing infringing and/or counterfeit versions of the Triumph Trademarks.]

This Court also finds that the injunctive relief previously granted in the TRO should remain in place through the pendency of this litigation and that issuing this Preliminary Injunction is warranted under Federal Rule of Civil Procedure 65. Evidence submitted in support of this Motion and in support of Triumph's previously granted Motion for Entry of a TRO establishes that Triumph has demonstrated a likelihood of success on the merits; that no remedy at law exists; and that Triumph will suffer irreparable harm if the injunction is not granted.

Specifically, Triumph has proved a *prima facie* case of trademark infringement because (1) the Triumph Trademarks are distinctive marks and are registered with the U.S. Patent and Trademark Office on the Principal Register, (2) Defendants are not licensed or authorized to use any of the Triumph Trademarks, and (3) Defendants' use of the Triumph Trademarks is causing a likelihood of confusion as to the origin or sponsorship of Defendants' products with Triumph. Furthermore, Defendants' continued and unauthorized use of the Triumph

Trademarks irreparably harms Triumph through diminished goodwill and brand confidence, damage to Triumph's reputation, loss of exclusivity, and loss of future sales. Monetary damages fail to address such damage and, therefore, Triumph has an inadequate remedy at law. Moreover, the public interest is served by entry of this Preliminary Injunction to dispel the public confusion created by Defendants' actions. Accordingly, this Court orders that:

1. Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be preliminarily enjoined and restrained from:

   a. using the Triumph Trademarks or any reproductions, counterfeit copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Triumph product or not authorized by Triumph to be sold in connection with the Triumph Trademarks;

   b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Triumph product or any other product produced by Triumph, that is not Triumph's or not produced under the authorization, control, or supervision of Triumph and approved by Triumph for sale under the Triumph Trademarks;

   c. committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control, or supervision of Triumph, or are sponsored by, approved by, or otherwise connected with Triumph; and

   d. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Triumph, nor authorized by Triumph to be sold or offered for sale, and which bear any of Triumph's trademarks,

including the Triumph Trademarks, or any reproductions, counterfeit copies, or colorable imitations.

2. Defendants shall not transfer or dispose of any money or other of Defendants' assets in any of Defendants' financial accounts.

3. The domain name registries for the Defendant Domain Names, including, but not limited to, VeriSign, Inc., Neustar, Inc., Afilias Limited, CentralNic, Nominet, and the Public Interest Registry, and the domain name registrars, including, but not limited to, GoDaddy Operating Company LLC, Name.com, PDR LTD. d/b/a/ PublicDomainRegistry.com, and Namecheap Inc., within seven (7) calendar days of receipt of this Order or prior to the expiration of this Order, whichever date shall occur first, shall disable the Defendant Domain Names and make them inactive and untransferable until further order by this Court.

4. Upon Triumph's request, Defendants and any third party with actual notice of this Order who is providing services for any of Defendants, or in connection with any of Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as eBay, Inc., AliExpress, Alibaba Group Holding Ltd. ("Alibaba"), Amazon.com, Inc., ContextLogic Inc. d/b/a Wish.com ("Wish.com"), and Dhgate (collectively, the "Third Party Providers"), shall, within seven (7) calendar days after receipt of such notice, provide to Triumph expedited discovery, limited to copies of documents and records in such person's or entity's possession or control sufficient to determine:

    a. the identities and locations of Defendants, their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including all known contact information and all associated e-mail addresses;

4

      b.  the nature of Defendants' operations and all associated sales, methods of payment for services, and financial information, including, without limitation, identifying information associated with the Online Marketplaces and Defendants' financial accounts, including Defendants' sales and listing history related to their respective Online Marketplaces; and

      c.  any financial accounts owned or controlled by Defendants, including their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, PayPal, Inc. ("PayPal"), Alipay, Wish.com, Alibaba, Ant Financial Services Group ("Ant Financial"), Amazon Pay, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

5.  Upon Triumph's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 4, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of counterfeit and infringing goods using the Triumph Trademarks.

6.  Any Third Party Providers, including PayPal, Alipay, Alibaba, Ant Financial, Wish.com, and Amazon Pay, shall, within seven (7) calendar days of receipt of this Order:

      a.  locate all accounts and funds connected to Defendants' seller aliases, including, but not limited to, any financial accounts connected to the information listed in

        Schedule A hereto, the e-mail addresses identified by Defendants, and any e-mail addresses provided for Defendants by third parties; and

    b. restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of Defendants' assets until further order by this Court.

7. Triumph may provide notice of the proceedings in this case to Defendants, including service of process pursuant to Fed. R. Civ. P. 4(f)(3), and any future motions, by electronically publishing a link to the Pleadings, this Order, and other relevant documents on a website and by sending an e-mail with a link to said website to the e-mail addresses identified by Defendants, and any e-mail addresses provided for Defendants by third parties. The Clerk of the Court is directed to issue a single original summons in the name of "5045368 Store and all other Defendants identified in the Operative Complaint" that shall apply to all Defendants. The combination of providing notice via electronic publication and e-mail, along with any notice that Defendants receive from payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

8. Plaintiff's Pleading(s), including the Amended Complaint [7], Exhibit [1] and Schedule A to the Pleading(s) [7-2] attached thereto, Motion for TRO and supporting pleadings [12-14], and the TRO [18] and extension thereof [22] are unsealed.

9. Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order as permitted by and in compliance with the Federal Rules of Civil Procedure and the Northern District of Illinois Local Rules. Any third party impacted by this Order may move for appropriate relief.

10. The $10,000.00 bond posted by Triumph shall remain with the Court until a final disposition of this case or until this Preliminary Injunction is terminated.

SO ORDERED:

*Thomas M Durkin*

Hon. Thomas M. Durkin
United States District Judge

Dated: August 30, 2021

# IN THE UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Triumph Designs, Ltd., <br><br> Plaintiff, <br><br> v. <br><br> 5045368 Store, et al., <br><br> Defendants. | Case No. 21-cv-03996 <br><br> **Judge Thomas M. Durkin** <br><br> **Magistrate Judge Sheila M. Finnegan** |

## **SCHEDULE A**

| No. | Defendant / Seller Alias | Marketplace URL |
|---|---|---|
| 1 | 5045368 Store | aliexpress.com/store/5045368 |
| 2 | 96 Motorcycle Accessories Store | aliexpress.com/store/911998070 |
| 3 | Accesorios de boutique Store | aliexpress.com/store/4034006 |
| 4 | AFNCX Store | aliexpress.com/store/5887272 |
| 5 | Car Creat Store | aliexpress.com/store/3116082 |
| 6 | Carinlife Store | aliexpress.com/store/5017077 |
| 7 | Che Xin Xin | aliexpress.com/store/2177070 |
| 8 | CRmoto Store | aliexpress.com/store/5617340 |
| 9 | DecoraMoto Store | aliexpress.com/store/912029265 |
| 10 | Findyou Store | aliexpress.com/store/5793940 |
| 11 | GearTec Store | aliexpress.com/store/911885421 |
| 12 | GNmoto Store | aliexpress.com/store/911194143 |
| 13 | GUMOLING Store | aliexpress.com/store/5030059 |
| 14 | Honz Riding Store | aliexpress.com/store/5100076 |
| 15 | HRMOTO Store | aliexpress.com/store/912024371 |
| 16 | HUANGYANZHEN123 Store | aliexpress.com/store/5082202 |

| No. | Defendant / Seller Alias | Marketplace URL |
|---|---|---|
| 17 | HYMOTO Store | aliexpress.com/store/911600745 |
| 18 | HZ-MOTOR Store | aliexpress.com/store/2402013 |
| 19 | jennies car Store | aliexpress.com/store/910565322 |
| 20 | jennies Lettering Store | aliexpress.com/store/911186038 |
| 21 | Jie car Store | aliexpress.com/store/911417710 |
| 22 | KAmoto Store | aliexpress.com/store/911791345 |
| 23 | Knight Motor Store | aliexpress.com/store/910969015 |
| 24 | KTMOTO Store | aliexpress.com/store/5485067 |
| 25 | KZMOTO Store | aliexpress.com/store/911839201 |
| 26 | Landflying Store | aliexpress.com/store/5615156 |
| 27 | Locomotive tribe Store | aliexpress.com/store/911725285 |
| 28 | LOPOR Official Store | aliexpress.com/store/509558 |
| 29 | Lron knight Store | aliexpress.com/store/5427010 |
| 30 | Mini-T Store | aliexpress.com/store/5594093 |
| 31 | MKmotor Store | aliexpress.com/store/2669040 |
| 32 | Motor Wonderland Store | aliexpress.com/store/3222011 |
| 33 | MOTUO Store | aliexpress.com/store/5081333 |
| 34 | NANC Motorcycle Store | aliexpress.com/store/3564021 |
| 35 | OXLLONE Official Store | aliexpress.com/store/911267009 |
| 36 | R QIANKONG ONEBIKE Store | aliexpress.com/store/2342245 |
| 37 | Rough Riders Store | aliexpress.com/store/2334237 |
| 38 | Sconan Hard Boiled Store | aliexpress.com/store/5023178 |
| 39 | Senior Parts Store | aliexpress.com/store/911978070 |
| 40 | SHEVENI Store | aliexpress.com/store/5255094 |
| 41 | Shop124859428 Store | aliexpress.com/store/911753957 |
| 42 | Shop4671092 Store | aliexpress.com/store/4671092 |
| 43 | Shop4702119 Store | aliexpress.com/store/4702119 |
| 44 | Shop5424129 Store | aliexpress.com/store/5424129 |
| 45 | Shop5487118 Store | aliexpress.com/store/5487118 |

| No. | Defendant / Seller Alias | Marketplace URL |
|---|---|---|
| 46 | Shop910432068 Store | aliexpress.com/store/910432068 |
| 47 | Shop910750003 Store | aliexpress.com/store/910750003 |
| 48 | SHUO LU DD Store | aliexpress.com/store/5878137 |
| 49 | Siriuss-Motor Store | aliexpress.com/store/2962102 |
| 50 | SMK-Accessories Store | aliexpress.com/store/5483227 |
| 51 | SY car Store | aliexpress.com/store/911971216 |
| 52 | T-Running Store | aliexpress.com/store/900242074 |
| 53 | trocak Store | aliexpress.com/store/910543065 |
| 54 | Valiant-speed Store | aliexpress.com/store/910663020 |
| 55 | Vitality Motorcycle Store | aliexpress.com/store/911885282 |
| 56 | Wa Sai Store | aliexpress.com/store/5888093 |
| 57 | Wass_up Store | aliexpress.com/store/5043065 |
| 58 | XQ Parts Store | aliexpress.com/store/911797738 |
| 59 | Xuankai Motorcycle Parts Store | aliexpress.com/store/911261336 |
| 60 | YIEBA Official Store | aliexpress.com/store/3974030 |
| 61 | YJMOTO Store | aliexpress.com/store/910457231 |
| 62 | YL-Motocycle Gp Store | aliexpress.com/store/4429118 |
| 63 | YUANQIAN RACINGBIKE Store | aliexpress.com/store/2348040 |
| 64 | YUES Store | aliexpress.com/store/911484051 |
| 65 | ZRIHE MOTUO Store | aliexpress.com/store/1904642 |
| 66 | Classyak | amazon.com/sp?seller=AJEZMOLFPCM7K |
| 67 | yiyangshiheshanquyingguangbaihuodian | amazon.com/s?me=A1OU1US1GYOW8X |
| 68 | zhangguixian | amazon.com/s?me=A180NA2GZWGMH3 |
| 69 | chan8932 | ebay.com/usr/chan8932 |
| 70 | enlimaoyiabc | ebay.com/usr/enlimaoyiabc |
| 71 | lk-export | ebay.com/usr/lk-export |
| 72 | palapidang | ebay.com/usr/palapidang |
| 73 | purple-royale | ebay.com/usr/purple-royale |
| 74 | usmyi-moto | ebay.com/usr/usmyi-moto |

| No. | Defendant / Seller Alias | Marketplace URL |
|---|---|---|
| 75 | 2018hailong | wish.com/merchant/5aa3aa8070cf694aaa96fa59 |
| 76 | ahfoei | wish.com/merchant/605abce3ecd2974656ff43bc |
| 77 | aizheng fashion | wish.com/merchant/5416acb04ad3ab7471eebf0d |
| 78 | Amanda Diaz | wish.com/merchant/5e85b0b1338f47cd39a2a5b2 |
| 79 | AnnaBo | wish.com/merchant/5e67596348763f586cd5a8d3 |
| 80 | anxmahcakjhfasjkc | wish.com/merchant/607666baf6b70d12c83cfcf3 |
| 81 | Aocter Yuange | wish.com/merchant/5d637a623d24b76d279d3f3b |
| 82 | Ayinuo | wish.com/merchant/5f30be2e84fd973dd640520d |
| 83 | biaochemopei | wish.com/merchant/56d3a5068a703b15fde56255 |
| 84 | Chaozhou Discount Shop | wish.com/merchant/5d4c147322f30121fdb2199b |
| 85 | ChenqSHOP | wish.com/merchant/5d50f9c83db43e22857eeb99 |
| 86 | cortney.windler | wish.com/merchant/5f52d12db980b2d88c088784 |
| 87 | Counting | wish.com/merchant/5fe08c535875c364e83c50dd |
| 88 | DDDUP | wish.com/merchant/5a37d39f0c47f32200b4cc65 |
| 89 | denim fitting | wish.com/merchant/5d511a3c83889768c0e6f95f |
| 90 | Deratechnologyalliance | wish.com/merchant/59b263e99fbc5124cd89bf70 |
| 91 | Dikeyireng | wish.com/merchant/5f69b5c3afa2dc57d59a905e |
| 92 | dream team international | wish.com/merchant/5592a4f842d322662dfd3ebb |
| 93 | dslkjfoweifopejf | wish.com/merchant/5fc1fa0842eefaf14468df94 |
| 94 | Ero-Motor | wish.com/merchant/5d4bc8718388974c074d3eba |
| 95 | fajhfie | wish.com/merchant/605aab00cfc815340112f10c |
| 96 | FcSWew | wish.com/merchant/5fb330dab587740c23ee25a2 |
| 97 | fei shopping | wish.com/merchant/5407fc601d2d435feee177fe |
| 98 | FYYlovers | wish.com/merchant/5f62e1ace72e0dce42ea62e3 |
| 99 | Gantentre | wish.com/merchant/5fbc910120ba1e3433e07263 |
| 100 | gaodhenjiu | wish.com/merchant/5f06b2227641f604e6518452 |
| 101 | gdjbck4565 | wish.com/merchant/5e9530741dd44e1f5f746ee0 |
| 102 | ggX | wish.com/merchant/5f8cf3dae029f5912ccc2b67 |
| 103 | goqcjblnh | wish.com/merchant/5f471a2c559a7e06c7601594 |

| No. | Defendant / Seller Alias | Marketplace URL |
|---|---|---|
| 104 | guaiguai001 | wish.com/merchant/5edc35c369edc0e51cf8add3 |
| 105 | hejinhua0186 | wish.com/merchant/605afdd968f8918f808888e6 |
| 106 | Honz Riding | wish.com/merchant/5d3beda072b0c924da1ea4a4 |
| 107 | idengdeng store | wish.com/merchant/5d58c7322736781bde177f74 |
| 108 | Inversiones LMD | wish.com/merchant/5f682da9471217138552b1a8 |
| 109 | KellyTurner | wish.com/merchant/5e93e7d8a93eff33894792db |
| 110 | liqinli online store | wish.com/merchant/54159e767541ce3ccf24ef3d |
| 111 | liufanqisen | wish.com/merchant/5dc5677bb0a3641bcaa3b49d |
| 112 | LIUJINHONG88 | wish.com/merchant/5d5a4fa31d8629638043678a |
| 113 | liuwenke7640 | wish.com/merchant/5ff6979aeccbf0b3f59c9fa9 |
| 114 | Liuxia4509 | wish.com/merchant/5fe6eb266d1063024f3ea020 |
| 115 | lixuanyao888 | wish.com/merchant/5fc22380b77bab39f4e843ee |
| 116 | liyongqing | wish.com/merchant/5ea3e167084bd0f905c3f5a2 |
| 117 | ljj65665 | wish.com/merchant/5e1fea5f29e78662bc334760 |
| 118 | LotusElegant | wish.com/merchant/5ff67441791f5c1aab4f29cc |
| 119 | LunpoyonglulA | wish.com/merchant/5e8942c48782b5d3693d6ffb |
| 120 | motorest | wish.com/merchant/5ad5e962c798170626323fd5 |
| 121 | MOWOK | wish.com/merchant/5be53409eefe0a2edf70278b |
| 122 | Mox Toys Store | wish.com/merchant/571cc9c0fa1663590c80aafb |
| 123 | mtuwphqka | wish.com/merchant/5b0260b49fa3db2f6efb1d7c |
| 124 | mvmqqrofe | wish.com/merchant/5f422412dd315effddb31722 |
| 125 | Nightfishingtackle | wish.com/merchant/5a9a955575599a2c8368370b |
| 126 | ONE WORLD INDUSTRY SHENZHEN LIMITED | wish.com/merchant/58b52932b9a8c05063343ce3 |
| 127 | PCR | wish.com/merchant/5e6dbda81e198527a7235368 |
| 128 | peko1 | wish.com/merchant/5cfc8389827ecc7356920ab1 |
| 129 | qianyu fashion | wish.com/merchant/540b00fcc5c246306419cffa |
| 130 | Rank Electronics | wish.com/merchant/5fda6501cb13b45da6a7dc7e |
| 131 | Ranputong | wish.com/merchant/5f5993154e23c469e7a618db |
| 132 | real_beauty | wish.com/merchant/55d1b3b0d9fa6f105d314c2d |

| No. | Defendant / Seller Alias | Marketplace URL |
|---|---|---|
| 133 | reczx2sdhop | wish.com/merchant/5f5c85dda2deae603aa22f51 |
| 134 | Rongshangyu | wish.com/merchant/5f9a5e232a917a44368af798 |
| 135 | sdimhua | wish.com/merchant/5ef801703862122178e98c32 |
| 136 | Shenzhen Jingfucai Optoelectronics Technology Co., Ltd | wish.com/merchant/58bd137e48f3a0527c18b05b |
| 137 | shulingjiu | wish.com/merchant/5e5f69a4ce3d48141a37473e |
| 138 | sistergofighting | wish.com/merchant/5e634f21ad6a8849a6648bdf |
| 139 | Sizouze | wish.com/merchant/600c0b6bd36698b6c3b3d2f5 |
| 140 | slyzcl1314 | wish.com/merchant/5b29c905eae8b4257bfeb2b9 |
| 141 | songjianmei | wish.com/merchant/5a53540b12fa1c03a6afd28c |
| 142 | srgkfdjio | wish.com/merchant/605aaec7bf64323c58cde31d |
| 143 | taojunfeng | wish.com/merchant/5e5c6939f5995f8ea2ce11c9 |
| 144 | Tongzuly handwork | wish.com/merchant/5d45316df32040593da786d8 |
| 145 | uhyvjskhj | wish.com/merchant/5f4f46c51866cbb1a9b8a86f |
| 146 | wanggueiyuan | wish.com/merchant/5f068c98b730760bf20ef59d |
| 147 | wangyan0000 | wish.com/merchant/5b0a2e130128756ad076ead9 |
| 148 | watchsshops | wish.com/merchant/5d5a5513445edd5600af119e |
| 149 | woodfir8 | wish.com/merchant/5e37b4840f13ee1000bdd816 |
| 150 | World Fashion Super Market | wish.com/merchant/58a5b1858557757e75bca7f2 |
| 151 | xiadaogang1706 | wish.com/merchant/5ff7c3428d098e05afe871da |
| 152 | XIAOLANYUAN | wish.com/merchant/5d591c41560eca427bef9b6e |
| 153 | XIAONENGWU | wish.com/merchant/5d5d42e81d86296db6bfd4f1 |
| 154 | XIEJIADONG6 | wish.com/merchant/5d58b29840defd49a1aca491 |
| 155 | xjpkdfuj | wish.com/merchant/60598655bc3d8e9cc3dcd0e6 |
| 156 | yanshuai | wish.com/merchant/5ac5dba92dde5e1e94d9a332 |
| 157 | yeyeye auto accessories | wish.com/merchant/583bfafe870df81bbc2ceb28 |
| 158 | yinxiangjie001 | wish.com/merchant/5d58aaf89373f459363a860d |
| 159 | Yuanliluy Babytoys | wish.com/merchant/5de31f7d84f1845b40c162c2 |
| 160 | YUANYAUN.1688 | wish.com/merchant/5d53f59b40defd01e3474a12 |
| 161 | zhangzhen8257 | wish.com/merchant/6094a6ca61f14ac458f33c93 |

| No. | Defendant / Seller Alias | Marketplace URL |
|---|---|---|
| 162 | zhengvlog | wish.com/merchant/5d4ce7c422f301560837c1e7 |
| 163 | ZHENLANJIE | wish.com/merchant/5d5bab0d33f0b40602f24714 |
| 164 | zhuhaolong77 | wish.com/merchant/5ff68a5a130b5ba478288da0 |
| 165 | zhuxianfei | wish.com/merchant/5e68734329e78620954522f6 |
| 166 | zjpalisdoqwhz | wish.com/merchant/60504679e400b309a40414ce |
| 167 | PETROLHEADZ2B | ebay.co.uk/str/petrolheadz2b |
| 168 | Hooligan Apparel | hooliganapparel.co.uk/ |